RYAN P. ESKIN, Bar No. 205413
reskin@littler.com
K. KAYVAN IRADJPANAH, Bar No. 267548
kiradjpanah@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, Fifth Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
Attorneys for Defendants
SENSIO, INC.; ELITE GROUP, INC.; and SHAE HONG

**Law Offices of Mann & Elias**
IMAD Y. ELIAS, State Bar No. 163655
CAROLINE WOLF, State Bar No. 268014
6100 Wilshire Boulevard, Suite 1104
Los Angeles, California 90048
Tel: 323.857.9500
Fax: 323.857.9525
Email: Imad@mannelias.com
Caroline@mannelias.com
Attorneys for Plaintiff,
WENDY VENETA HILLIS

FILED
CLERK, U.S DISTRICT COURT
SEP 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY MR DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY VENETA HILLIS,<br><br>Plaintiff,<br><br>v.<br><br>SENSIO, INC., a corporation; ELITE GROUP, INC. a corporation; SHAE HONG, an individual; and DOES 1 - 100, inclusive,<br><br>Defendants. | Case No. 2:11-cv-05050-SVW-FMO<br><br>[Assigned to the Honorable Stephen V. Wilson]<br><br>**ORDER RE JOINT STIPULATION RE PROTECTIVE ORDER**<br><br>Action Filed: April 28, 2011<br>Action Removed: June 15, 2011<br><br>**NOTE CHANGES MADE BY THE COURT** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

## ORDER

GOOD CAUSE appearing, based upon the stipulation of the parties, it is hereby ordered that the terms of the parties' Joint Stipulation re Protective Order are adopted by this Court, as modified. The Parties shall adhere to the terms of the Joint Stipulation re Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED**

DATED: 9/27, 2011         _____
                          MAGISTRATE JUDGE, U.S. DIST. COURT

Firmwide:103694923.2 068368.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.